IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30891
Conference Calendar
_____


ROTHEN R. HINTON,

                                        Plaintiff-Appellant,

versus

GREGORY N. WAMPLER,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 95-CV-267
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Rothen R. Hinton appeals the district court's dismissal as frivolous of his pro se, in forma pauperis (IFP) 42 U.S.C. § 1983 action.  The district court did not err by dismissing Hinton's action against his former attorney Gregory N. Wampler for alleged erroneous advice in a previous federal civil action.  See Mills v. Criminal Dist. Court No. 3, 837 F.2d 677, 679 (5th Cir. 1988).

     AFFIRMED.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.